# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Tina Leonard, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) **ORDER RE ADMISSION** ) **PRO HAC VICE** |
| vs. | ) ) |
| Dakota Travel Nurse Home Care, Inc. (d/b/a Dakota Home Care), Jamie Fleck, and Beverly Unrath, | ) ) ) |
| | ) Case No. 1-17-cv-266 |
| Defendants. | ) |

Before the court is a motion for attorney Jessica M. Brown to appear *pro hac vice* on the Defendants' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Brown has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Brown has also paid the required admission fees to the office of the Clerk. Accordingly, the current motion (Docket No. 10) is **GRANTED**. Attorney Brown is admitted to practice before this court in the above-entitled action on behalf of the Defendants.

**IT IS SO ORDERED.**

Dated this 7th day of February, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge